UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 20-191-DLB

CYNTHIA ANN LAWRENCE                               PLAINTIFF

v.                        **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY           DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

Consistent with the Memorandum Opinion and Order entered today, in compliance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to sentence four of 42 U.S.C. § 405(g) it is **ORDERED AND ADJUDGED** as follows:

(1) The administrative decision is **REVERSED**, and this action is **REMANDED** for further consideration by the Commissioner;

(2) On remand, the ALJ shall apply SSR No. 19-4p to his decision in evaluating Ms. Lawrence's migraine headaches at Step Three and Step Four, using medically accepted and recognized signs of migraine headaches as objective evidence in his decision. If the ALJ still finds substantial evidence supporting a determination of non-disability, he shall give "good reasons" for his decision considering the unique nature of migraine headache diagnosis;

(3) On remand, the ALJ shall take care to avoid misstating the medical record and use statements contained in the medical records in light of relevant context; and

(4)     This action is **STRICKEN** from the Court's active docket.

This 9th day of March, 2022.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\SocialSecurity\MOOs\Lexington\20-191 Lawrence Judgment.docx